# Order

Michigan Supreme Court
Lansing, Michigan

May 21, 2012

144634

ESTATE OF RILEY SHANE RHOADES, by
NICOLE CHENOWETH, Personal
Representative, and NICOLE CHENOWETH,
individually,
       Plaintiffs-Appellants,

v

TRINITY HEALTH-MICHIGAN, d/b/a ST.
MARY MERCY MEDICAL CENTER, DR.
SARA SCHUGARS, ADVANTAGE HEALTH,
d/b/a ADVANTAGE HEALTH PHYSICIAN
NETWORK, ADVANTAGE HEALTH
PHYSICIANS, P.C., d/b/a ADVANTAGE
HEALTH PHYSICIAN NETWORK, and
STEPHEN HICKNER, M.D.,
       Defendants-Appellees,

and

DR. A. SURAYARUN,
       Defendant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144634
COA: 295082
Kent CC: 08-007568-NH

On order of the Court, the application for leave to appeal the November 10, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

Clerk

p0514